No. 10–6301. NAPOLI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6302. PEREZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6319. FELIX-CARRAZCO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6320. HARMON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–6321. HARO-VERDUGO ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6324. GROOMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–6330. MATIAS v. UNITED STATES (two judgments). C. A. 7th Cir. Certiorari denied.

No. 10–6335. BLACK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6340. ELLIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6344. GARCIA-MANZO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6348. CALDWELL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6352. TABATABAI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6355. SANTOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6358. THOMPSON v. CHOINSKI, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–6361. CASTELLON, AKA CHAPINVA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.